# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ScripsAmerica, Inc. | : | Case No.: 16-11991(JTD) |
| | : | |
| Debtor. | : | |
| | : | |
| Charles A. Stanziale, Jr., | : | |
| | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Medi Biotech, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | Adv. Proc. No.: 18-50400 (JTD) |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    \_\_\_\_\_    Mediation sessions are scheduled to occur on _____.

    \_\_\_\_\_    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    \_\_X\_\_    OTHER: The mediator is working with the parties to resolve this matter. If the matter is not resolved through mediation by the end of December, the parties and mediator agree to conclude mediation.

Dated: December 10, 2021          */s/ Ian Connor Bifferato*
                                        Ian Connor Bifferato (DE #3273)
                                        The Bifferato Firm P.A.
                                        1007 N. Orange Street, 4th Floor
                                        Wilmington, DE 19801